IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10705
Summary Calendar
_____

LOQUITA HENDERSON,

Plaintiff-Appellant,

v.

CHILDREN'S MEDICAL CENTER OF DALLAS,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:98-CV-99-D)

_____

December 23, 1999

Before JOLLY, JONES and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Appellant Loquita Henderson ("Henderson") appeals from the district court's grant of summary judgment to appellee Children's Medical Center of Dallas ("Children's Medical Center"). The district court found that Henderson had not created a genuine issue of material fact on the issue of whether Children's Medical Center's stated, non-discriminatory reasons for firing Henderson were merely a pretext for race discrimination.

Henderson's appeal, which borders on the frivolous, provides

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

1

no basis for review because she did not address the district court's reasons for granting summary judgment in Children's Medical Center's favor. Though Henderson asserts generally that factual disputes exist that require further investigation, she neither states specifically which facts show pretext or intent to discriminate nor directs us to a record citation. She has therefore abandoned on appeal any legitimate arguments she might have made about the district court's ruling. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993) ("Yohey has abandoned these arguments by failing to argue them in the body of his brief.").

We have nevertheless conducted de novo review of her claims, and we affirm for the same reasons articulated by the district court in its memorandum opinion of May 21, 1999.